## WELLS v. WELLS.

No. 4321.   Opinion Filed April 27, 1915.

(148 Pac. 725.)

**APPEAL AND ERROR—Preservation for Review—Dismissal—Evidence.**
The appeal is dismissed because the errors assigned require an examination of the testimony, and this has not been incorporated in and made a part of the record on appeal.

(Syllabus by Galbraith, C.

*Error from District Court, Hughes County;*

*John Caruthers, Judge.*

Suit for divorce by Phoebie Wells against Carl Richard Wells. From an order adjudging defendant in contempt for failure to comply with an order to pay alimony and attorney's fees, he brings error. Dismissed.

See also, *post,* or 148 Pac. 723.

*Crump & Skinner,* for plaintiff in error.

*Mann, Rogers & Harris,* for defendant in error.

GALBRAITH, C.   This is an attempted appeal by petition in error and transcript from an order and judgment of the district court of Hughes county, adjudging the plaintiff in error to be in contempt for willfully refusing to comply with an order directing him to pay alimony and counsel fees in a divorce proceeding tried in said court.

The errors assigned require an examination of the testimony, and this is not incorporated in and made a part of the record on this appeal. There is therefore no question presented for review.

Upon authority of *Jones v. Lee,* 43 Okla. 257, 142 Pac. 996, we recommend that the appeal be dismissed.

By the Court: It is so ordered.